IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Stephanie Rushing, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CCB Credit Services, Inc., an Illinois )<br>corporation, )<br>)<br>    Defendant. )<br>) | No. 3:08-CV-0394-JPG-CJP |

## JUDGMENT

This matter having come before the Court, and the plaintiff having filed a notice of dismissal with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**NORBERT JAWORSKI**

Dated: July 28, 2008          By:s/Deborah Agans, Deputy Clerk

**Approved:** s/ J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**